# C.M.F. Engineering, Inc.
Curt M. Freedman, PE - President
24 Ridge Road
Longmeadow, MA 01106

tel: 413/567-1175               email: Cmf.Freedman@gmail.com

August 3, 2015
Invoice Number: 8 3 2015

TO:   Robin Burns
      Excel Realty Group
      3690 Orange Place #517
      Beachwood, Ohio 44122
      Tel: 216/378-9610

RE:   Presque View Apartments
      1112 West 4th Street
      Erie, Pennsylvania 16507

| Date | Description | Hours | |
|---|---|---|---|
| 5/27/2015 | Evaluation of solution to resolve heating problems | 8.0 | |
| 5/28/2015 | Furnace Heat Exchanger Review | 4.0 | |
| 5/28/2015 | Procure Heat Exchanger quote | 2.0 | |
| 5/28/2015 | Power Point Presentation | 6.5 | |
| 6/8/2015 | Procure Heat Exchanger quote | 2.0 | |
| 6/25/2015 | Review/summarize furnace survey | 4.0 | |
| 7/1/2015 | Review/summarize furnace survey | 4.0 | |
| 7/8/2015 | Review Hydro air options | 3.0 | |
| 7/22/2015 | Procure Magic Aire quote | 2.0 | |
| 7/29/2015 | Procure Direct Coil quote | 2.0 | |
| 7/31/2015 | Procure USA Coil quote | 1.0 | |
| 8/3/2015 | Procure USA Coil quote | 1.0 | |
| | | 39.5 | |
| | | @ $ 125.00 | /hr |
| | | $4,937.50 | |

Page 1 of 1

**EXHIBIT 2**

# C.M.F. Engineering, Inc.
Curt M. Freedman, PE - President
24 Ridge Road
Longmeadow, MA 01106

tel: 413/567-1175                                        email: Cmf.Freedman@gmail.com

August 12, 2015
Invoice Number: 8 12 2015

TO:    Robin Burns
       Excel Realty Group
       3690 Orange Place #517
       Beachwood, Ohio 44122
       Tel: 216/378-9610


RE:    Presque View Apartments
       1112 West 4th Street
       Erie, Pennsylvania 16507

| Date | Description | Hours | |
|---|---|---|---|
| 5/6/2015 | Travel preparation | 2.0 | |
| 5/6/2015 | Travel to site | 9.0 | |
| 5/7/2015 | Site Visit | 8.0 | |
| 5/8/2015 | Site Visit | 6.0 | |
| 5/8/2015 | Return Travel | 7.0 | |
| 5/9/2015 | Return Travel | 2.0 | |
|  |  | 34.0 | |
|  |  | @ $ 125.00 | /hr |
|  |  | $4,250.00 | |
|  | Mileage: | $ 600.00 | |
|  |  | $4,850.00 | |
|  | Paid: | $3,600.00 | |
|  | Balance: | $1,250.00 | |
|  | Credit: | $ (250.00) | |
|  | **Revised Balance:** | **$1,000.00** | |

**Page 1 of 1**