# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **EXCEL-PRESQUE VIEW, LLC,** | ) | CASE NO. 1:16-CV-00133 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| -vs.- | ) | |
| | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| **CURT M. FREEDMAN, et al.,** | ) | **OF ALL CLAIMS WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Excel-Presque View, LLC and Counterclaimant CMF Engineering, Inc., by and through their respective undersigned counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby give notice to the Court and all parties that they dismiss their respective claims and counterclaims with prejudice, with each party to bear its own court costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ John F. Burke III (with consent)* | */s/ Markus E. Apelis* |
| **JOHN F. BURKE III (0059974)** | **MARKUS E. APELIS (0083884)** |
| BURKES LAW, LLC | **R. SCOTT HEASLEY (0087235)** |
| 614 West Superior Avenue, Suite 1500 | GALLAGHER SHARP LLP |
| Cleveland, Ohio 44113 | Bulkley Building – Sixth Floor |
| Phone: (216) 621-2030 | 1501 Euclid Avenue |
| Fax:     (888) 588-5663 | Cleveland, Ohio 44115 |
| Email: john@burkeslaw.net | Phone: (216) 241-5310 |
| *Attorney for the Plaintiff* | Fax:     (216) 241-1608 |
| *Excel-Presque View, LLC* | Email: mapelis@gallaghersharp.com |
| | sheasley@gallaghersharp.com |
| | *Attorneys for the Defendants* |
| | *Curt M. Freedman and CMF Engineering, Inc.* |

1

                                      **RICHARD T. COYNE (0042405)**
                                      **PETER A. HOLDSWORTH (0075211)**
                                      **SARAH A. NEMASTIL (0085450)**
                                      WEGMAN, HESSLER & VANDENBURG
                                      6055 Rockside Woods Boulevard, Suite 200
                                      Cleveland, Ohio 44131
                                      Phone: (216) 642-3342
                                      Fax:    (216) 642-8826
                                      Email: rtcoyne@wegmanlaw.com
                                                      sanemastil@wegmanlaw.com
                                      *Attorneys for the Counterclaimant*
                                      *CMF Engineering, Inc.*

## **CERTIFICATE OF SERVICE**

The foregoing **Notice of Voluntary Dismissal of All Claims With Prejudice** was electronically filed on Friday November 23, 2016.  Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

                                      */s/ Markus E. Apelis*                   .
                                      **MARKUS E. APELIS (0083884)**
                                      **R. SCOTT HEASLEY (0087235)**
                                      *Attorneys for the Defendants*
                                      *Curt M. Freedman and CMF Engineering, Inc.*